UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
CATHERINE RUBERY, Derivatively On  :   Case No.
Behalf of E*TRADE FINANCIAL        :
CORPORATION,                       :   **RULE 7.1 STATEMENT**
                                   :
                Plaintiff,          :
                                   :
                                   :
vs.                                :
                                   :
MITCHELL H. CAPLAN, R. JARRETT     :
LILIEN, ROBERT J. SIMMONS, GEORGE  :
A. HAYTER, DARYL BREWSTER,         :
RONALD D. FISHER, MICHAEL K. PARKS,:
C. CATHLEEN RAFFAELI, LEWIS E.     :
RANDALL, DONNA L. WEAVER and       :
STEPHEN H. WILLARD,                :
                                   :
                Defendants,         :
                                   :
   -and-                           :
                                   :
E*TRADE FINANCIAL CORPORATION, a   :
Delaware corporation,              :
                                   :
                Nominal Defendant.  :
---------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Catherine Rubery, Derivatively on Behalf of E*Trade Financial Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

No corporate parent
No publicly held affiliates or subsidiaries


Date:  October 4, 2007

_____
Signature of Attorney  Thomas G. Amon

Attorney Bar Code:  TGA 1515