AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Catherine Zubery et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08612 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mitchell H. Caplan
R. Jarrett Lilien
Robert J. Simmons
George A. Hayter
Daryl Brewster
Ronald D. Fisher
Michael K. Parks
C. Cathleen Raffaeli
Lewis E. Randall
E*Trade Financial Corporation
Donna L. Weaver
Stephen H. Willard

I certify that I am admitted to practice in this court.

| 1/8/2008 | *Nancy B. Ludmerer* |
|---|---|
| Date | Signature |

| Nancy B. Ludmerer | NL 4309 |
|---|---|
| Print Name | Bar Number |

Davis Polk & Wardwell  450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4278 | (212) 450-3278 |
|---|---|
| Phone Number | Fax Number |