AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

Catherine Rubery et al.

v.

E*Trade Financial Corporation et al.

**APPEARANCE**

Case Number: 07-Civ.-08612 (RWS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

| | | |
|---|---|---|
| Mitchell H. Caplan | Ronald D. Fisher | Donna L. Weaver |
| R. Jarrett Lilien | Michael K. Parks | Stephen H. Willard |
| Robert J. Simmons | C. Cathleen Raffaeli | |
| George A. Hayter | Lewis E. Randall | |
| Daryl Brewster | E*Trade Financial Corporation | |

I certify that I am admitted to practice in this court.

1/8/2008
Date

*[signature]*
Signature

Andrew E. Krause                                         AK 8270
Print Name                                               Bar Number

Davis Polk & Wardwell  450 Lexington Avenue
Address

New York            NY               10017
City                State            Zip Code

(212) 450-4330              (212) 450-3330
Phone Number                Fax Number