DOC # 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CATHERINE RUBERY, Derivatively On
Behalf of E*TRADE FINANCIAL
CORPORATION,

        Plaintiff,

vs.

MITCHELL H. CAPLAN, R. JARRETT
LILIEN, ROBERT J. SIMMONS, GEORGE
A. HAYTER, DARYL BREWSTER,
RONALD D. FISHER, MICHAEL K. PARKS,
C. CATHLEEN RAFFAELI, LEWIS E.
RANDALL, DONNA L. WEAVER and
STEPHEN H. WILLARD,

        Defendants,

-and-

E*TRADE FINANCIAL CORPORATION, a
Delaware corporation,

        Nominal Defendant.

Case No. 07-CV-8612 (LBS)

NOTICE OF MOTION TO ADMIT
JEFFREY P. FINK AND MARK A.
GOLOVACH PRO HAC VICE



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Thomas G. Amon, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

|  |  |
|---|---|
| Applicants' Name: | Jeffrey P. Fink and Mark A. Golovach |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
|  | San Diego, CA 92101 |
| Telephone: | (619) 525-3990 |
| Facsimile: | (619) 525-3991 |

Jeffrey P. Fink and Mark A. Golovach are members in good standing of the bar of the State of California. There are no pending disciplinary proceedings against Mr. Fink and Mr. Golovach in any State or Federal Court.

DATED: December 28, 2007  
         New York, New York

Respectfully submitted,

LAW OFFICES OF THOMAS G. AMON

_____  
THOMAS G. AMON (TGA-1515)

250 West 57th Street  
Suite 1316  
New York, NY 10107  
Telephone: (212) 810-2430  
Facsimile: (212) 810-2427

Attorney for Plaintiff