UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE RUBERY, Derivatively on Behalf of E*TRADE FINANCIAL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MITCHELL H. CAPLAN, ROBERT J. SIMMONS, R. JARRETT LILIEN, DENNIS E. WEBB, MICHAEL K. PARKS, LEWIS E. RANDALL, DONNA L. WEAVER, STEPHEN H. WILLARD, RONALD D. FISHER, C. CATHLEEN RAFFAELI, GEORGE A. HAYTER, and DARYL G. BREWSTER, <br><br> Defendants, <br><br> -and- <br><br> E*TRADE FINANCIAL CORPORATION, a Delaware corporation, <br><br> Nominal Defendant. | Civil Action No. 07 Civ. 8612 (JPO) <br><br> Electronically Filed |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, the Declaration of Craig W. Smith in Support, the Stipulation of Settlement submitted concurrently herewith, and any such additional evidence or argument as may be required by the Court, plaintiffs Marilyn Clark and Catherine Rubery, will and hereby do move this Court pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

| | |
|---|---|
| DATED: November 2, 2012 | LAW OFFICES OF THOMAS G. AMON |

/s/Thomas G. Amon
THOMAS G. AMON (TGA 1515)

250 West 57th Street, Suite 1316
New York, N.Y. 10107-1324
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

ROBBINS UMEDA LLP
CRAIG W. SMITH
JULIA M. WILLIAMS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Co-Lead Counsel for Plaintiffs

FARUQI & FARUQI, LLP
BETH A. KELLER
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
ALBERT Y. CHANG
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0271
Facsimile: (619) 255-1856

Additional Counsel for Plaintiffs

797216

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on November 2, 2012, a copy of the foregoing was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to all parties on the attached service list by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                /s/ Thomas G. Amon
                                    THOMAS G. AMON (TGA 1515)

# Mailing Information for a Case 1:07-cv-08612-JPO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas G. Amon**
  tamon@amonlaw.com

- **Jeffrey Paul Fink**
  notice@robbinsumeda.com,mumeda@robbinsumeda.com

- **Dennis E. Glazer**
  dennis.glazer@dpw.com,ecf.ct.papers@dpw.com

- **Mark A. Golovach**
  mgolovach@robbinsumeda.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com

- **Beth Ann Keller**
  bkeller@faruqilaw.com

- **Nancy B. Ludmerer**
  nancy.ludmerer@dpw.com,ecf.ct.papers@dpw.com

- **Craig W. Smith**
  notice@robbinsumeda.com,athompson@robbinsumeda.com

- **Amelia Temple Redwood Starr**
  amelia.starr@dpw.com,ecf.ct.papers@dpw.com

- **Marc M. Umeda**
  notice@robbinsumeda.com,gaguilar@robbinsumeda.com,jrazzouk@robbinsumeda.com

- **Julia Marie Williams**
  jwilliams@robbinsumeda.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)